UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| 1808 Frankford LLC, | : | Case No. 25-12664 (PMM) |
| | : | |
| Debtor. | : | |

## ORDER TO SHOW CAUSE

**AND NOW** this case having been filed on July 1, 2025;

AND although the Debtor is a corporation, the case having been filed "*pro se*" by the Debtor's Managing Member, Alex A. Halimi;

BUT by virtue of federal law, e.g., 28 U.S.C. §1654, courts having held that a corporation must appear in a federal court through counsel and may not appear pro se. Rowland v. California Men's Colony, 506 U.S. 194, 201–02, (1993) ("It has been the law for the better part of two centuries . . . that a corporation may appear in the federal courts only through licensed counsel.") (citations omitted); Simbraw, Inc. v. United States, 367 F. 2d 373 (3d Cir. 1966).

It is, therefore, hereby **ordered** that a representative of the Debtor **shall appear** for a hearing on **Wednesday, July 16, 2025 at 9:30 a.m.** in Bankruptcy Courtroom No. 3, U.S. Courthouse, 900 Market Street, 2d Floor, Philadelphia, PA 19107 and **show cause** why this case should not be **dismissed.**

Date:  7/2/25

_____
PATRICIA M. MAYER
U.S. BANKRUPTCY JUDGE

Copy to:
Alex Halimi
1808 Frankford LLC
93-16 71 Drive
Forest Hills, NY 11375